No. 73–1741. PERSICO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari as to Persico alone. ▇▇▇▇▇